

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*Ronald V. Dellums Federal Building*   *(510) 637-3924*
*1301 Clay Street, Suite 340S*
*Oakland, California  94612-5217*   *FAX:(510) 637-3724*

October 30, 2007

VIA HAND DELIVERY

Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street, 3rd Floor
Oakland, CA 94612

Re: United States v. John Doe (aka Gilberto Aguilar, aka Alberto Aguilar Gutierrez) 07-70434 (WDB)

Dear Judge Brazil:

I have enclosed a copy of a proposed Plea Agreement and related Information in the above-referenced matter.  The defendant is scheduled for a change of plea on Thursday, November 1, 2007, at 10:00 a.m.

Very truly yours,

SCOTT N. SCHOOLS
United States Attorney

By:  /s/
CHINHAYI J. COLEMAN
Assistant United States Attorney

cc: Jerome Matthews, AFPD

Attachment