AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 1028(a)(6) - Possession of Identification Document Produced Without Lawful Authority

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Up to 1 year imprisonment; Up to $100,000 fine; Up to 1 year supervised release; $25 special assessment

**DEFENDANT - U.S.**
▶ GREGORIO M. OROZCO (a/k/a Gilberto Aguilar)

**DISTRICT COURT NUMBER**
CR07-0693

FILED
NOV - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

WDB

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
UNITED STATES DEPARTMENT OF STATE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☑ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.
4-07-70434 wdb

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
CHINHAYI J. COLEMAN, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

FILED
NOV - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-0693 WDB |
| Plaintiff, ) | VIOLATION: 18 U.S.C. § 1028(a)(6)- |
| v. ) | Possession of Identification Document Produced Without Lawful Authority (Class A Misdemeanor) |
| GREGORIO MAGANA OROZCO ) (aka GILBERTO AGUILAR, aka ) GILBERTO AGUILAR GUTIERREZ), ) | OAKLAND VENUE |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

On or about July 15, 2005, in the Northern District of California, the defendant,

GREGORIO MAGANA OROZCO
a/k/a GILBERTO AGUILAR, a/k/a GILBERTO AGUILAR GUTIERREZ,

did knowingly possess an identification document, namely, a birth certificate in the name of Gilberto Aguilar, which was produced without lawful authority, when in fact defendant knew that the document was produced without lawful authority, in violation of Title 18, United States

///

///

INFORMATION
4-07-70434-WDB

Document No.
District Court
Criminal Case Processing

1 | Code, Section 1028(a)(6), a Class A misdemeanor.

DATED: 10/30/07

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Division

(Approved as to form: /s/
CHINHAYI J. COLEMAN
Assistant United States Attorney

INFORMATION
4-07-70434-WDB