11/05/2007 06:27 PM EDT

Version 7.0

**Case Debt Type Payment Report**
**U.S. Courts**

**FILED**
**NOV - 7 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Oakland

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Payment Type/Number | Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Case No. DCAN407CR000693

| 001 | GREGORIO MAGANA OROZCO | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611001439 | 0 | PR | 25.00 | 11/01/2007 |

Division Payment Total   25.00

Grand Total   25.00

$ 25.00   on  11/01/07

SPECIAL ASSESSMENT
PAID IN FULL

Page 1 of 1